UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                   CRIMINAL NO. 11-20500

      v.                         HONORABLE GEORGE CARAM STEEH

ALONZO WATSON

       Defendant.
_____/

**ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION**
**FOR EARLY TERMINATION OF SUPERVISION RELEASE (DKT. NO. 3)**

Defendant's request for early termination of supervised release has been reviewed and input received from the Probation Officer assigned. The court is aware that Mr. Watson still owes over $1,800 in restitution.

After considering the matter, this court denies defendant's request for early termination without prejudice.

Dated: December 3, 2012

                                         s/George Caram Steeh
                                         GEORGE CARAM STEEH
                                         UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record and on
Mr. Alonzo Watson, 22277 West 12 Mile Road,
Apartment 32, Southfield, MI 48034, on
December 3, 2012, by electronic and/or ordinary mail.

s/Barbara Radke
Deputy Clerk